UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERNITA WORRELL,

                Plaintiff,

      -against-

SH WINE & LIQUORS INC. and 1252
LEXINGTON AVENUE, LLC,

                Defendants.

**ORDER**

22 Civ. 2508 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint in this Americans with Disabilities Act case was filed on March 28, 2022.  (Cmplt. (Dkt. No. 1))  On March 30, 2022, this case was referred to Magistrate Judge James L. Cott for general pretrial supervision.  (Dkt. No. 5)  Defendants were served on April 21, 2022.  (Affs. of Service (Dkt. Nos. 6-7))  To date, no answer has been filed and no appearance has been entered for either Defendant.

        Accordingly, Plaintiff will move for a default judgment by **September 23, 2022**. If Plaintiff does not move for a default judgment by **September 23, 2022**, this case will be dismissed for failure to prosecute.

Dated: New York, New York
      September 13, 2022

                SO ORDERED.

                _____
                Paul G. Gardephe
                United States District Judge